JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEB MAYFIELD, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROSPACE DYNAMICS INTERNATIONAL, INC., a Calfiornia corporation; PRECISION CASTPARTS, CORP., an Oregon corporation; EXPRESS SERVICES, INC. d/b/a/ EXPRESS EMPLOYMENT PROFESSIONALS, a Colorado corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:24-cv-00680 ODW (MARx)<br><br>Hon. Otis D. Wright, II<br><br>**[~~PROPOSED~~] ORDER RE: ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS; DISMISSAL OF CLASS CLAIMS PURSUANT TO FRCP RULES 23(e) AND 41(a)(2); AND DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS**<br><br>Complaint Filed: December 20, 2023<br>Trial Date: Not Assigned |

1  Good cause having been shown therefor, based on the parties' Stipulation Re: Arbitration of Plaintiff's Individual Claims and Dismissal of Class Claims, and pursuant to Fed. R. Civ. P. 23(e) and 41(a)(2) (the "Stipulation"), it is **HEREBY ORDERED**:

Plaintiff Kaleb Mayfield ("Plaintiff") and Defendants Aerospace Dynamics International, Inc. ("ADI"), Precision Castparts Corp., and Express Services, Inc. (collectively, "Defendants") shall arbitrate Plaintiff's individual claims against Defendants asserted in the Complaint pursuant to the terms of the Dispute Resolution Policy, attached as Exhibit 1 to the Stipulation.

All class claims contained in the Complaint and all requests for relief on behalf of the putative class, including but not limited to certification of any class, are hereby **DISMISSED WITHOUT PREJUDICE**. No notice of this order to the putative class is required because arbitration of Plaintiff's individual claims will not bind, and dismissal without prejudice of the class claims will not adversely affect the rights of, the putative class.

Finally, in the Ninth Circuit, district courts have discretion to dismiss a party's complaint where the arbitration clause covers all of the party's claims. *See, e.g.*, *Patrick v. Running Warehouse, LLC*, No. 22-56078, --- F.4th ---, 2024 WL 542831, at *8 (9th Cir. Feb. 12, 2024) (affirming dismissal of entire action without prejudice where all individual claims were subject to arbitration). Therefore, the Court exercises this discretion and **DISMISSES WITHOUT PREJUDICE** Plaintiff's individual claims.

Dated: March 4, 2024

Hon. Otis D. Wright, II
United States District Court Judge